UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

|  |  |
|---|---|
| SONNY BOYD, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:05-cv-704 |
| ) | |
| v. ) | Honorable Wendell A. Miles |
| ) | |
| (UNKNOWN) FORRESTER et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## JUDGMENT

In accordance with the Opinion filed this date:

**IT IS HEREBY ORDERED** that Plaintiff's action be **DISMISSED** without prejudice for lack of exhaustion of available administrative remedies as required by 42 U.S.C. § 1997e(a).

For the same reasons that the Court dismisses the action, the Court discerns no good-faith basis for an appeal. *See* 28 U.S.C. § 1915(a)(3); *McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997).


Dated: December 8, 2005                  /s/ Wendell A. Miles
                                        Wendell A. Miles
                                        Senior U.S. District Judge